UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

EXO OPPORTUNITY FUND, LLC.,

                    Plaintiff,

          - against -

THE ANDERSONS RENEWABLES, ET AL.,

                    Defendants.
_____

                              26-cv-1234 (JGK)

                              ORDER

JOHN G. KOELTL, District Judge:

     As discussed at the telephone conference held today, the plaintiff will file an amended complaint by **May 1, 2026**. The defendants will respond to the amended complaint by **May 22, 2026**. If the defendants move to dismiss, the plaintiff may respond by **June 12, 2026**. The defendants may reply by **June 26, 2026**. When the motion is fully briefed, the defendants should provide the Court with physical courtesy copies of all papers filed connection with the motion.


SO ORDERED.

Dated:    New York, New York
          April 23, 2026

                              _____
                                   John G. Koeltl
                              United States District Judge