UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EXO OPPORTUNITY FUND, LLC,

                    Plaintiff(s)

        -against-

THE ANDERSONS, INC., et al,

                  Defendant(s).
------------------------------------------------------------X

                        26 civ 1234 (JGK)

**ORDER**

    The conference scheduled for Tuesday, June 2, 2026, at 4:30pm, is canceled.

**SO ORDERED.**

                            _____
                              **JOHN G. KOELTL**
                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      May 26, 2026