UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXO OPPORTUNITY FUND LLC,

Plaintiff,

- against -

THE ANDERSONS, INC., ET AL.,

Defendants.

26-cv-1234 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to appear for oral argument on the defendants' motion to dismiss on **Monday, November 23, 2026, at 3:00 p.m.,** in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated: New York, New York
November 9, 2026

John G. Koeltl
United States District Judge