UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXO OPPORTUNITY FUND LLC,

Plaintiff,

- against -

THE ANDERSONS, INC., ET AL.,

Defendants.

26-cv-1234 (JGK)

Order

**John G. Koeltl, District Judge:**

For the reasons stated at oral argument on November 23, 2026, the defendants' motion to dismiss is **denied**. The defendants' motion for sanctions is also **denied.**

The defendants are directed to answer the amended complaint by **December 7, 2026**. The parties are directed to file a Rule 26(f) report by **December 21, 2026.** The parties should also notify the Court by that date if the assistance of Magistrate Judge Wang or the Court's Mediation Program would be useful for settlement purposes.

The Clerk is respectfully requested to close **ECF Nos. 32 and 56.**

**SO ORDERED.**

**Dated:** New York, New York
November 24, 2026

John G. Koeltl
United States District Judge